[No. 22449-2-I.  Division One.  August 14, 1989.]

SUSAN DIANE GIROUX, ET AL, *Appellants,* v. MEDICAL
ARTS CLINIC, INC., P.S., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 85-2-07558-7, Liem E. Tuai, J., entered
March 16, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, A.C.J., and Swanson, J.

[No. 22470-1-I.  Division One.  August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
SAUNDERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-1-00205-0, Frank J. Eberharter, J., entered
July 1, 1988. *Remanded* by unpublished per curiam opinion.

[Nos. 21793-3-I; 21794-1-I.  Division One.  August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD M.
GRAYBILL, *Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 87-8-05633-5, Patricia H. Aitken, J., entered
February 8, 1988. *Affirmed* by unpublished per curiam
opinion.

[No. 21799-2-I.  Division One.  August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL SCOTT
GULLICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 87-1-00403-4, David Rhea, Jr., J. Pro
Tem., entered January 15, 1988. *Affirmed* by unpublished
opinion per Grosse, J., concurred in by Coleman, C.J., and
Pekelis, J.